UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ARTHUR GREENSTEIN**<br>**Plaintiff,**<br><br>**vs.**<br><br>**THE TRAVELERS HOME AND**<br>**MARINE INSURANCE COMPANY,**<br>**Defendant.** | §<br>§<br>§<br>§ **CIVIL ACTION NO. 3:15-cv-00699-G**<br>§<br>§ **JURY**<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(1)(A)(ii) Arthur Greenstein ("Plaintiff"), and Defendant The Travelers Home and Marine Insurance Company ("Travelers") hereby submit this Stipulation of Dismissal and would respectfully show this Court as follows:

1. The parties reached a settlement regarding all claims asserted by Plaintiff in the above-captioned lawsuit. Pursuant to the terms of that settlement, Plaintiff agreed to seek the dismissal of all claims asserted by Plaintiff or which could have been asserted by Plaintiff against Defendants in this suit with prejudice. The parties hereby stipulate to the dismissal of such claims with prejudice. It is Plaintiff's intention to dismiss all claims against all Defendants.

2. The parties have further agreed that all costs, expenses and attorney's fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Arthur Greenstein and Defendant The Travelers Home and Marine Insurance Company respectfully present this Stipulation and request the Court dismiss this civil action with prejudice, with all costs, expenses and attorney's fees borne by the party incurring same, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Bryan Beverly* *(with permission)*
BRYAN BEVERLY
Texas Bar No. 24082688
**THE VOSS LAW FIRM, P.C.**
**THE VOSS LAW CENTER**
26619 Interstate 45
The Woodlands, Texas 77380
(713) 861-0015 (Phone)
(713) 861-0021 (Fax)
bryan@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS,**
  **WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing pleading has been furnished to Plaintiff's counsel of record, via ECF in accordance with the Federal Rules of Civil Procedure, this 28th day of May, 2015.

*/s/ Marcie L. Schout*
Marcie L. Schout